UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **EDCV 17-370-MWF(KKx)**                    Dated: **May 11, 2017**

Title:     Hartford Fire Insurance Company, Inc., et al. -*v*- Production Associates, Inc., et al.

_____

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Cheryl Wynn                         None Present
          Relief Courtroom Deputy             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                         None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

       In light of the Default By Clerk entered on May 10, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment for **June 12, 2017, at 11:30 a.m.**  *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.*

       IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk __cw__
CIVIL - GEN