UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | EDCV 17-00370-MWF (KKx) | Date | January 4, 2018 |
|---|---|---|---|
| Title | Hartford Fire Insurance Company, Inc., et al. v. Production Associates Inc. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge |
|---|---|

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff/Judgment Creditor: | Attorney Present for Defendant/Judgment Debtor: |
| Randy R. Haj | None |

**Proceedings:** **ORDER TO SHOW CAUSE**

    Defendant and judgment debtor, Michael Thuney, CEO of Production Associates, Inc. is ordered to appear on **March 1, 2018, at 10:00 a.m.** before this Court, located in Courtroom 4, 3rd floor, United States Courthouse, 3470 12th Street, Riverside, California 92501, and show cause why he should not be held in contempt of Court for his failure to attend a judgment debtor examination on January 4, 2018, 10:00 a.m.

cc: Michael Thuney, CEO
Production Associates Inc.
911 La Feliz Drive
Redlands, CA 92373

Initials of Deputy Clerk    dts